IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendant. | No. C 14-03075 HRL (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

    Plaintiff, a state prisoner proceeding pro se, filed a complaint against officials at Santa Rita Jail ("SRJ") pursuant to 42 U.S.C. § 1983. On November 25, 2014, the Court issued an order of dismissal with leave to amend. (Docket No. 7.) On December 17, 2014, the Clerk re-mailed a copy of the order after the first was returned as undeliverable. (See Docket No. 8.) On the next day, the Court received Plaintiff's notice of change of address, indicating that he was no longer at Santa Rita Jail and had been moved to the Glenn E. Dyer Detention Facility in Oakland. (Docket No. 9.) To date, Plaintiff has not filed an amended complaint or any further pleading.

    As it appears that Plaintiff may not have received a copy of the Court's last order in light of his recent transfer, the Court will grant an extension of time for Plaintiff to file an amended complaint. Plaintiff shall file an amended complaint **no later than twenty-**

**eight (28) days** from the date this order is filed.

**Failure to respond in accordance with the order by filing an amended complaint will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

The Clerk shall enclose a copy of the Court's Order of Dismissal with Leave to Amend. (Docket No. 7) with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

DATED: 1/23/15

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVAGE,

        Plaintiff,

v.

ALAMEDA COUNTY SHERIFF'S DEPT,
et al.,

        Defendants.
_____/

Case Number: CV14-03075 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __1/23/2015__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Savage UGD-524
Glenn E. Dyer Detention Facility
550 6th Street
Oakland, CA 94607

Dated: __1/23/2015__

P. Cromwell, Deputy
Richard W. Wieking, Clerk