IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAVAGE, | No. C 14-03075 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint against officials at Santa Rita Jail ("SRJ") pursuant to 42 U.S.C. § 1983. On November 25, 2014, the Court issued an order of dismissal with leave to amend. (Docket No. 7.) On January 23, 2015, after receiving Plaintiff's notice of change of address, the Court granted the Plaintiff a twenty-eight day extension of time to file an amended complaint. (Docket No. 10.) On April 3, 2015, the Court granted Plaintiff a second extension of time to May 1, 2015, to file an amended complaint. (Docket No. 14.) Plaintiff was informed that failure to file an amended complaint within the time specified would result in the dismissal of his case without prejudice and without further notice to Plaintiff.

//

The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

DATED: 5/11/15

HOWARD R. LLOYD
United States Magistrate Judge